**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (DAYTON)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:26-cr-00032 |
| | : | |
| Plaintiff, | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| | : | |
| JAMES THOMAS HURT, | : | |
| | : | |
| Defendant. | : | |

---

### ORDER RELEASING DEFENDANT <u>AND</u> ISSUING STAY OF ORDER WHILE THE GOVERNMENT'S FORTHCOMING APPEAL IS PENDING

---

At the end of the detention hearing held on April 29, 2026, the undersigned Magistrate Judge orally denied the Government's Motion for Pretrial Detention (Doc. No. 6) and ordered that Defendant be released from the custody of the United States. Counsel for the Government has advised the Court that it intends to file an appeal of the undersigned's release order, and also to seek a stay of the undersigned's release order while the appeal is pending. To avoid any confusion and to streamline the proceedings, the undersigned Magistrate Judge hereby **<u>STAYS</u>** her oral order releasing Defendant from custody while the Government's appeal is pending. **<u>The U.S. Marshal shall retain custody of the Defendant until further order of this Court.</u>**

**IT IS SO ORDERED.**

April 29, 2026          *s/Caroline H. Gentry*
Date                              Caroline H. Gentry
                                      United States Magistrate Judge